UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**KADEL,**

  Plaintiff,

v.                                              No. 4:23-cv-01089-P

**AMAZON.COM INC. ET AL.,**

  Defendants.

## ORDER

The Court received notification that the Parties settled the instant dispute. As a result, the Court ordered the Parties to file appropriate dismissal papers—either a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) or an appropriate motion and corresponding proposed order—with the Clerk's Office **on or before November 1, 2024.** ECF No. 16. The Parties now request that the time for filing such papers be extended to December 1, 2024, in their Joint Motion for Extension of Time to File Stipulation of Dismissal. ECF No. 17. Having considered the Motion and applicable law, the Court hereby **DENIES** the Motion.

Insofar as the Parties reached a meeting of the minds regarding settlement, formal dismissal papers are a procedural technicality, not a rigid requirement. If the Parties have subsequent disputes regarding enforcement of the settlement agreement, such disputes are sound in contract and are unrelated to the instant case. Accordingly, acting upon the Parties' representations that this case has been settled, the Court **ORDERS** that this action is **DISMISSED with prejudice**.

**SO ORDERED** on this **4th day of November 2024.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE